# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 24, 2022

Lyle W. Cayce
Clerk

No. 21-51148
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Cory Webb,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:11-CR-388-5

Before Jones, Elrod, and Higginson, *Circuit Judges*.

Per Curiam:[*]

Cory Webb appeals the sentence imposed upon revocation of his supervised release. The district court sentenced him to a term of 36 months in prison, above the advisory range of 18 to 24 months, and he argues that this

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-51148

sentence is unreasonable because it fails to reflect consideration of mitigating factors.

Applying the "plainly unreasonable" standard, *see United States v. Warren*, 720 F.3d 321, 326 (5th Cir. 2013), we conclude that this argument is without merit. The record reflects that the district court considered the arguments and information before it, and Webb's personal disagreement with how the court balanced sentencing factors "is not a sufficient ground for reversal." *United States v. Malone*, 828 F.3d 331, 342 (5th Cir. 2016). Accordingly, we AFFIRM.